UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-121-H-002

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTIN LEE ROOKS | ORDER EXTENDING DATE TO<br>REPORT TO BUREAU OF PRISONS |

This cause comes before the Court upon Defendant's Unopposed Motion to Extend Report Date to the Bureau of Prisons.

Having considered the motion and the pertinent parts of the record and being otherwise fully advised on the premises, it is ORDERED AND ADJUDGED that Defendant's Unopposed Motion to Extend Report Date to the Bureau of Prisons is GRANTED. The conditions of Defendant's release shall remain unchanged. The Defendant shall surrender to the Bureau of Prisons not later than _February 27, 2015_, 2015.

IT IS SO ORDERED.

This _16th_ day of December, 2014.

_____
MALCOLM J. HOWARD
Senior United States District Judge