IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:12-CR-121-2H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JUSTIN LEE ROOKS, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's pro se motion for early termination of his supervised release, [DE #86]. The court has carefully considered the motion and the conduct of defendant while on supervised release, and in its discretion, denies the motion without prejudice to be refiled if desired with an Agreed Order for Payment regarding the outstanding restitution, consented to by defendant and United States Probation.

This 21st day of August 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35