IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:12-CR-121-2H

UNITED STATES OF AMERICA,

v.

JUSTIN LEE ROOKS,

Defendant.

**ORDER**

This matter is before the court on defendant's pro se motion for early termination of his supervised release, [DE #89]. This court previously denied the motion due to outstanding restitution. However, defendant has now entered into an Agreed Order for Payment regarding the outstanding restitution, consented to by defendant and United States Probation. In its discretion, the court now grants the motion and hereby terminates defendant's supervision.

This 17th day of February 2021.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26